IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICK SILFRAIN,
      Petitioner,

vs.                                Case No. 5:09cv228/RH/EMT

C. EIECHENLAUB, WARDEN,
      Respondent.
_____/

**O R D E R**

      Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1). The filing fee has been paid and the petition is in proper form; therefore, Respondent shall be required to respond.

      Accordingly, it is **ORDERED**:

      1.      The clerk is directed to furnish a copy of the petition and a copy of this order to Respondent and the United States Attorney for this District.

      2.      Respondent shall have **SIXTY (60) DAYS** from the date of docketing of this order to show cause, if any, why the relief requested should not be granted.

      **DONE AND ORDERED** this 10th day of July 2009.


                    /s/ *Elizabeth M. Timothy*
                    **ELIZABETH M. TIMOTHY**
                    **UNITED STATES MAGISTRATE JUDGE**