IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICK SILFRAIN,
    Petitioner,

vs.                            Case No. 5:09cv228/RH/EMT

C. EIECHENLAUB,
    Respondent.
_____/

**O R D E R**

Pending is Petitioner Patrick Silfrain's amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 10), to which Respondent C. Eichenlaub has filed a response (Doc. 14). Petitioner has now filed a "Motion to Withdraw § 2241 Motion Without Prejudice" (Doc. 16). Before the court makes a recommendation to the district court with respect to Petitioner's motion, Respondent shall be required to respond.

Accordingly, it is **ORDERED**:

Respondent shall file a response to Petitioner's "Motion to Withdraw § 2241 Motion Without Prejudice" (Doc. 16) by **OCTOBER 13, 2009.**

At Pensacola, Florida, this 1st day of October 2009.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**