IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICK SILFRAIN,
    Petitioner,

vs.                                    Case No. 5:09cv228/RH/EMT

C. EIECHENLAUB,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Petitioner's "Motion to Withdraw § 2241 Motion Without Prejudice" (Doc. 16). Respondent has filed a response to the motion indicating he has no objection to such dismissal (Doc. 18).

Accordingly, it is respectfully **RECOMMENDED**:

That Petitioner's "Motion to Withdraw § 2241 Motion Without Prejudice" (Doc. 16) be **GRANTED** and this action dismissed without prejudice.

At Pensacola, Florida, this 2nd day of October 2009.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**