# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

PATRICK SILFRAIN,

    Petitioner,

v.                                      CASE NO. 5:09cv228-RH/EMT

E. EIECHENLAUB,

    Respondent.

_____/

## ORDER DISMISSING PETITION WITHOUT PREJUDICE

This case is before the court on the magistrate judge's report and recommendation (document 19). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The petitioner's consented motion to voluntarily dismiss the petition (document 16) is GRANTED. The clerk must enter judgment stating, "The petition is dismissed without prejudice." The clerk must close the file.

SO ORDERED on November 5, 2009.

                                                    s/Robert L. Hinkle
                                                   United States District Judge